IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED
APR 26 2012
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

AZAEL DYTHIAN PERALES,

    Petitioner,

v.

    Civil Action No. **3:12CV07**

UNITED STATES OF AMERICA, *et al.*,

    Respondents.

## MEMORANDUM OPINION

Azael Dythian Perales submitted a document which he styled "**Petition For Appeal, Writ of Habeas Corpus & Maladministration Proceeding Under 28 U.S.C.A § 2241. Power To Grant Writ**" ("Habeas Petition") (Docket No. 1, at 18 (internal quotation mark omitted).) By Memorandum Order entered on February 14, 2012, the Court directed Petitioner to show cause why the action should not be dismissed for failure to comply with Federal Rule of Civil Procedure 8(a)(1). On March 14, 2012, United States Postal Service returned the February 14, 2012 Memorandum Order to the Court marked, "REFUSED" and "RETURN TO SENDER Undeliverable." Since that date, Perales has not contacted the Court provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                  /s/
                                    **James R. Spencer**
                                    **United States District Judge**

Date: 4-26-12
Richmond, Virginia